UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

MATTHEW E. LAURITZEN,

        Plaintiff,

v.

CAROLYN W. COLVIN,
*Commissioner, Social Security Administration,*

        Defendant.

Action No. 3:13-CV-320

## ORDER

THIS MATTER is before the Court on Plaintiff Matthew E. Lauritzen's objections to Judge David J. Novak's Report and Recommendation ("R&R") affirming the Social Security Administration's denial of an application for Social Security Disability ("DIB") and Supplemental Security Income ("SSI") payments. The decision of Defendant Carolyn W. Colvin, the Commissioner of the Social Security Administration, to deny benefits was based on a finding by an Administrative Law Judge ("ALJ") who determined that Lauritzen is not disabled according to the Social Security Act ("Act"). Because the ALJ applied the correct legal standard and came to a conclusion supported by substantial evidence, the Court OVERRULES Lauritzen's objections and ADOPTS Judge Novak's R&R as the ruling of this Court. Accordingly, Plaintiff's Motion for Summary Judgment (ECF No. 9) is hereby DENIED, the Defendant's Motion for Summary Judgment (ECF No. 14) is hereby GRANTED, and the final decision of the Commissioner is hereby AFFIRMED.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
Senior U. S. District Judge

ENTERED this 17th day of September 2014.